Dismissed and Memorandum Opinion filed March 12, 2009








Dismissed
and Memorandum Opinion filed March 12, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00547-CR

____________

 

EX PARTE JOHN E.
CRAVEN

 

 



 

On Appeal from the 176th District
Court

Harris County, Texas

Trial Court Cause No. 1170748

 



 

M E M O R A N D U M   O P I N I O N

Appellant
is charged with aggravated assault on a family member.  The trial court set
pre-trial bond at $250,000.  Appellant filed a pre-trial application for writ
of habeas corpus seeking a bond reduction.  After a hearing on June 25, 2008,
the trial court reduced appellant=s bail to $150,000.  Appellant filed
a timely written notice of appeal.








On
February 13, 2009, the State filed a motion to dismiss the appeal as moot,
asserting that appellant has posted the $150,000 bond set by the trial court
and he has been released from custody.  On February 23, 2009, a supplemental
clerk=s record was filed.  The supplemental
record contains a copy of the bond appellant posted.  Appellant has not
responded to the State=s motion.

When the
premise of a habeas corpus application is destroyed by subsequent events, the
legal issues raised therein are rendered moot.  Ex parte Bennet, 818
S.W.2d 199, 200 (Tex. App.CHouston [14th Dist.] 1991, no pet.).  An appeal of a denial
of an application for habeas corpus is rendered moot when appellant posts bond
and is released from custody.  Ex parte Guerrero, 99 S.W.3d 852, 853
(Tex. App.CHouston [14th Dist.] 2003, no pet.  

Accordingly,
we dismiss this appeal as moot.  

 

PER CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore. 

Do Not Publish C Tex. R. App. P. 47.2(b).